# AMENDED CERTIFICATE OF SERVICE

I, Ely Goldin, Esquire, hereby file this Amended Certificate of Service to conform with the original signature requirement and certify that a true and correct copy of Plaintiffs' Motion to Remand was re-served upon opposing counsel via first class mail on March 27, 2006:

Kenneth K. Lehn
**Winne, Banta, Hetherington**
**Basralian & Kahn, P.C.**
Court Plaza South – East Wing
21 Main Street
Post Office Box 647
Hakensack, NJ 07601

Cynosure, Inc.
10 Elizabeth Drive
Chelmsford, MA 01824

Hoerace W. Furumoto
14 Woodridge Road
Wellesley, MA 02482-7033

**LAW OFFICES OF ELY GOLDIN**

By: ______________________
Ely Goldin, Esquire
Attorney for Plaintiff