IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GENTLE LASER SOLUTIONS, INC., et al.** | |
| Plaintiffs, | 06-CV-665 (FLW) |
| vs. | |
| **SONA INTERNATIONAL CORP., et al.** | |
| Defendants. | |

**ORDER**

**AND NOW**, this 19th day of May, 2006, based on notification from counsel for the plaintiffs, it is hereby **ORDERED** and **DECREED** that Plaintiffs' Motion for Remand is hereby **WITHDRAWN**, with prejudice.

BY THE COURT:

[signature]