IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**GENTLE LASER SOLUTIONS, INC., et al.**

Plaintiffs,

vs.

**SONA INTERNATIONAL CORP., et al.**

Defendants.

06-CV-665 (FLW)

**STIPULATION OF DISMISSAL**

It is hereby stipulated by and between Plaintiffs and the Sona Defendants[1] that all claims asserted by Plaintiffs against the Sona Defendants are hereby dismissed. with prejudice and without costs. This Stipulation of Dismissal shall not affect Plaintiffs' claims against Defendants Cynosure, ~~Inc. and~~ Horace Furumoto.

By: Ely Goldin, Esquire
**LAW OFFICES OF ELY GOLDIN, P.C.**
The Pavilion, Suite 601
261 Old York Road
Jenkintown, PA 19046
*Attorney for Plaintiffs*

Kenneth K. Lehn, Esquire
**WINNE, BANTA, HETHERINGTON, BASRALIAN & KAHN, P.C.**
Court Plaza South – East Wing
21 Main Street
Hackensack, NJ 07601
*Attorney for the Sona Defendants*

**ORDER**

AND NOW, this 1st day of August, 2007, it is hereby **ORDERED** and **DECREED** that the foregoing stipulation is hereby **APPROVED.**

BY THE COURT:

Noel L. Hillman
The Hon. Noel Hillman, U.S.D.J.

At Camden, New Jersey

[1] The Sona Defendants are: (1) Sona Laser Centers, Inc.; (2) Sona Medspa International, Inc., (3) Carousel Capital Partners II, L.P., (4) Carousel Capital Company II. L.L.C., (5) James H. Amos, Jr. (6) Heather Rose; (7) Dennis R. Jones; (8) Patricia "Cookie" Jones; and (9) Thomas R. Nagy.