Susan Verbonitz, Esquire (SV 2487)
Weir and Partners LLP
A Pennsylvania Limited Liability Partnership
210 Haddon Avenue
Westmont, NJ 08108
(856) 740-1490

Richard A. Johnston, Esquire (*pro hac vice*)
Gregory M. Reiser, Esquire (GMR 1382)
Bryan S. Conley (*pro hac vice* pending)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State St.
Boston, MA 02109
(617) 526-6000

Attorneys for Cynosure, Inc. and the Estate of Horace W. Furumoto

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

GENTLE LASER SOLUTIONS, INC.,
LIBERTY MED SPA, INC.,
and KEVIN T. CAMPBELL

Plaintiffs,

v.

SONA INTERNATIONAL CORP.,
SONA LASER CENTERS, INC.
THOMAS R. NOON,
DENNIS R. JONES,
COOKIE JONES,
JAMES H. AMOS, JR.,
HEATHER ROSE,
CAROUSEL CAPITAL, INC.
CYNOSURE, INC., and
JOHN DOE #1, in his capacity
as Personal Representative
and/or Executor of the Estate of
HORACE W. FURUMOTO, Deceased

Defendants.

Civil Action No. 06-665 (NLH) (JS)

**STIPULATION OF DISMISSAL AND [redacted] ORDER**

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Gentle Laser Solutions, Inc., Liberty Med Spa, Inc., and Kevin T. Campbell (collectively, "Plaintiffs") and Defendants Cynosure, Inc. ("Cynosure") and the Personal Representative and/or Executor of the Estate of Horace W. Furumoto ("Furumoto") that all claims asserted by Plaintiffs against Cynosure and Furumoto, and all counterclaims asserted by Cynosure and Furumoto against Plaintiffs, are hereby dismissed with prejudice and without costs.

FOX ROTHSCHILD LLP

By:____________________
Ely Goldin, Esquire (EG 0242)
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA 19422
610-397-6509

Attorney for Plaintiffs

WEIR & PARTNERS LLP

By: Susan Verbonitz
Susan Verbonitz, Esquire (SV 2487)
210 Haddon Avenue
Westmont, NJ 08108
(856) 740-1490

Richard A. Johnston, Esquire (pro hac vice)
Gregory M. Reiser, Esquire (GMR 1382)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6000

Attorneys for Defendants

**ORDER**

AND NOW, on this 28th day of October, 2008, it is hereby **ORDERED** and **DECREED** that the foregoing stipulation is hereby approved.

BY THE COURT:

Noel L. Hillman
Honorable Noel L. Hillman, U.S.D.J.

At Camden, New Jersey